**Dismiss and Opinion Filed December 20, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01081-CV

**ROGER AND LYNNE REYNOLDS, Appellants**
**V.**
**CHARLES BREWER, JANE FOSTER AND TWELVE FIVE HUNDRED**
**PRESTON OWNERS ASSOCIATION, INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06001**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Justice Molberg

This appeal follows the trial court's orders granting appellees Charles Brewer's and Jane Foster's motions for summary judgment on appellants' claims against them. Because appellants also asserted claims against Twelve Five Hundred Preston Owners Association, Inc. ("HOA") and no order appeared to dispose of these claims, we questioned our jurisdiction over the appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (subject to mostly statutory exceptions, appeal may only be taken once all parties and claims have been determined). In a letter brief filed at our direction, appellants agree no order has been signed disposing

of the claims against the HOA.  Accordingly, because claims remain pending, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

221081f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROGER AND LYNNE
REYNOLDS, Appellants

No. 05-22-01081-CV     V.

CHARLES BREWER, JANE
FOSTER AND TWELVE FIVE
HUNDRED PRESTON OWNERS
ASSOCIATION, INC., Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-06001.
Opinion delivered by Justice
Molberg, Chief Justice Burns and
Justice Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Charles Brewer, Jane Foster and Twelve Five Hundred Preston Owners Association, Inc. recover their costs, if any, of this appeal from appellants Roger and Lynne Reynolds.

Judgment entered this 20th day of December 2022.